NOTICE TO CHECK RECIPIENT

NOTICE TO CHECK RECIPIENT

TREASURY-FINANCIAL MANAGEMENT SERVICE TFS FORM 3090(Rev.)

| | |
|---|---|
| VENDOR NAME: | CLERK OF COURT |
| VENDOR I.D. NUMBER: | I10929073 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE<br>BUREAU OF PRISONS<br>600 E ST NW ROOM 4029<br>WASH DC 20530 |
| U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| CHECK NUMBER | 2221.17884495 |
| CHECK AMOUNT | $****15.18 |
| CHECK DATE | 05-17-04 |
| AGENCY SCHEDULE NUMBER | 0004S00514 |
| AGENCY TELEPHONE NUMBER | 202-307-3052 |

4412049 9PLRA - Payment
10929073 HUMPHREYS RICHARD
CIVIL ACTION NO: CV02-310

FOR INFO CALL 202-307-3052

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

RECEIVED BY MAIL
MAY 21 2004
CLERK US DIST COURT
MINNEAPOLIS MN

CV02-310 MJD/JMM

nFri May 21 13:32:47 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 274429
Cashier sheri

Tender Type CHECK

Check Number: 2221 17884495+

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4641 | 4 | 5100PL |

Amount $ 15.18

ISRAEL (RICHARD) HUMPHREY 0:02-CV-310/SU
BMITTED BY DEPT OF JUSTICE

SUBSEQUENT PAYMENT OF INITIAL FILING FEE

SCANNED
MAY 21 2004
U.S. DISTRICT COURT ST. PAUL